**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-1358**

In re:  SIDDHANTH SHARMA,

                    Petitioner.

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of North Carolina, at Raleigh.  (5:22-cv-00059-BO)

Submitted:  April 24, 2023                                        Decided:  April 26, 2023

Before HARRIS and HEYTENS, Circuit Judges, and MOTZ, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Siddhanth Sharma, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Siddhanth Sharma petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his Fed. R. Civ. P. 60(b) motion.  He seeks an order from this court directing the district court to act.  The present record does not reveal undue delay in the district court.  Accordingly, we deny the mandamus petition.  We deny Sharma's motion for assignment to a single circuit judge and to expedite.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*